IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MARK CEDRIC BASS, SR., #279120 ) | |
| ) | |
|    Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 3:12-cv-1124-TMH |
| ) | [wo] |
| GARY HETZEL, WARDEN et. al., ) | |
| ) | |
|    Respondents. ) | |

**OPINION and ORDER**

On January 10, 2013, the Magistrate Judge filed a Recommendation in this case dismissing the petition for habeas corpus relief filed in this action. (Doc. 5). No objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED with prejudice.

DONE this the 26th day of February, 2013.

                                                                                   /s/ Truman M. Hobbs
                                                            TRUMAN M. HOBBS
                                                            SENIOR UNITED STATES DISTRICT JUDGE